IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD J. LEMELIN, an individual,

    Plaintiff,

v.                                    No. 1:14-cv-00772 KG/KBM

PRESBYTERIAN HEALTHCARE SERVICES,
a New Mexico non-profit corporation,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss with Prejudice. The Court having considered said Motion, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED, that the Motion is granted, and all claims and causes of action which have or could have been brought against Defendant are dismissed, with prejudice, with each party to bear his or its own attorney's fees and costs. The above captioned matter is now complete.

_____
UNITED STATES DISTRICT JUDGE

Approved as to Form:

CONSTANTINE & ASSOCIATES, P.C.

*[signed]* Dean G. Constantine

Dean G. Constantine
7850 Jefferson NE Ste 140
Albuquerque NM 87109
-and-
Stephen C.M. Long
8418 Washington St NE Ste A
Albuquerque NM 87113
*Attorneys for Plaintiff*


CONKLIN, WOODCOCK & ZIEGLER, P.C.

*[signed]* Sean Garrett

Robert C. Conklin & Sean E. Garrett
320 Gold Ave SW Ste 800
Albuquerque NM 87102
*Attorneys for Defendant*